Ex parte JOHN S. CHESNEY.

No. A-4760.    Opinion Filed July 11, 1923.

(217 Pac. 1117.)

Habeas corpus by John S. Chesney for release from custody. Dismissed on motion of petitioner.

Brett & Brett and Everest, Vaught & Brewer, for petitioner.

PER CURIAM. Petition for writ of habeas corpus, by John S. Chesney, filed July 2, 1923, alleging illegal restraint by Tom Cavnar, sheriff of Oklahoma county. Motion by petitioner to dismiss said cause allowed, and cause dismissed.